1
2
3
4         **UNITED STATES DISTRICT COURT**
5              **DISTRICT OF NEVADA**
6

7   HERBERT L. MICHEL, JR., *et al.*,                )
                                                     )
8           Plaintiffs,                              )   Case No.  2:10-cv-02038-PMP-GWF
                                                     )
9   vs.                                              )   **ORDER**
                                                     )
10  AMERICAN GUARANTY & LIABILITY                    )
    INSURANCE COMPANY,                               )
11                                                   )
            Defendants.                              )
12  _____             )

13         This matter is before the Court on the parties' Stipulation and Order Extending Deadlines
14  (#10), filed February 22, 2011.  The Court conducted a hearing in this matter on March 4, 2011.
15  After considering the papers submitted by the parties, as well as oral argument by counsel, the
16  matter having been submitted following argument for decision, and good cause appearing,
17         **IT IS ORDERED** that Stipulation and Order Extending Deadlines (#10) is **granted**.  The
18  filing of a discovery plan and scheduling order is stayed until **June 2, 2011**.  If the parties have not
19  stipulated to a dismissal in this matter, the proposed discovery plan and scheduling order is due
20  **June 2, 2011**.
21         DATED this 4th day of March, 2011.
22
23                                              _____
                                                GEORGE FOLEY, JR.
24                                              United States Magistrate Judge
25
26
27
28