David Barron, Esq.
Nevada Bar No. 0142
Chelsea Pyasetskyy, Esq.
Nevada Bar No. 11688
**BARRON & PRUITT, LLP**
3890 West Ann Rd.
North Las Vegas, Nevada 89031
Telephone: 702-870-3940
Facsimile: 702-870-3950
Email: dbarron@lvnvlaw.com
cpyasetskyy@lvnvlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

***

HERBERT L. MICHEL, JR., individually, and HERBERT L. MICHEL, JR., CHARTERED dba YOUR LEGAL POWER

Plaintiffs,

v.

AMERIACN GUARANTEE &LIABILITY INSURANCE COMPANY,

Defendant

Case No.: 2:10-CV-02038-PMP-GWF

**STATUS REPORT;**

**AND**

**STIPULATION AND ORDER TO CONTINUE SUBMISSION OF DISCOVERY PLAN AND SCHEDULING ORDER (FOURTH REQUEST)**

The parties, above named, submit the following to report the underlying action styled *Gaxiola v. Michel, et al.* (District Court, Clark County, Nevada Case #A613812), was successfully negotiated, and a settlement agreement in the *Gaxiola* matter has been reached. The Plaintiff in *Gaxiola* is anticipated to execute a Release and Stipulation of Dismissal with Prejudice in exchange for settlement proceeds within the next 30 days.

There is a remaining issue to be resolved in this federal court matter between the Plaintiff, Herbert Michel, and Defendant, American Guarantee & Liability Co. This issue does not, however, effect the settlement of the state court case, and the parties in good faith believe their

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN RD.
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

remaining issue can be negotiated and hopefully resolved within the next 60 days.

The parties, through their respective counsel, therefore stipulate to and request this Court order submission of a Discovery Plan and Scheduling Order in abeyance until January 9, 2012.

Respectfully submitted,

By: ________/S/____________________

David Barron for Plaintiff
Nev. Bar # 142
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas NV 89031
702-870-3940
702-870-3950 (Fax)
dbarron@lvnvlaw.com

By:________/S/____________________

Ryan Loosvelt for Defendant
Nev. Bar #8550
DUANE MORRIS, LLP
100 North City Pkwy, #1560
Las Vegas NV 89106
702-868-2600
702-385-6862 (Fax)
RLoosvelt@dunaemorris.com

**"IT IS SO ORDERED"**

George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

**Dated:** 9th **day of** November, **2011.**

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN RD.
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950