David Barron, Esq.
Nevada Bar No. 0142
Chelsea Pyasetskyy, Esq.
Nevada Bar No. 11688
**BARRON & PRUITT, LLP**
3890 West Ann Rd.
North Las Vegas, Nevada 89031
Telephone: 702-870-3940
Facsimile: 702-870-3950
Email: dbarron@lvnvlaw.com
cpyasetskyy@lvnvlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

***

| | |
|---|---|
| HERBERT L. MICHEL, JR., individually, and HERBERT L. MICHEL, JR., CHARTERED dba YOUR LEGAL POWER<br><br>Plaintiffs,<br><br>v.<br><br>AMERIACN GUARANTEE &LIABILITY INSURANCE COMPANY,<br><br>Defendant | Case No.:   2:10-CV-02038-PMP-GWF<br><br>**STATUS REPORT;**<br><br>**AND**<br><br>**STIPULATION AND ORDER TO CONTINUE SUBMISSION OF DISCOVERY PLAN AND SCHEDULING ORDER (FOURTH REQUEST)** |

The parties, above named, submit the following to report the underlying action styled *Gaxiola v. Michel, et al.* (District Court, Clark County, Nevada Case #A613812), was successfully negotiated, and a settlement agreement in the *Gaxiola* matter has been reached. The Plaintiff in *Gaxiola* is anticipated to execute a Release and Stipulation of Dismissal with Prejudice in exchange for settlement proceeds within the next 30 days.

There is a remaining issue to be resolved in this federal court matter between the Plaintiff, Herbert Michel, and Defendant, American Guarantee & Liability Co. This issue does not, however, effect the settlement of the state court case, and the parties in good faith believe their

Status RPT, etc.

remaining issue can be negotiated and hopefully resolved within the next 60 days.

The parties, through their respective counsel, therefore stipulate to and request this Court order submission of a Discovery Plan and Scheduling Order in abeyance until January 9, 2012.

Respectfully submitted,

By: _____/S/_____          By:_____/S/_____

    David Barron for Plaintiff                    Ryan Loosvelt for Defendant
    Nev. Bar # 142                                Nev. Bar #8550
    BARRON & PRUITT, LLP                          DUANE MORRIS, LLP
    3890 West Ann Road                            100 North City Pkwy, #1560
    North Las Vegas NV 89031                      Las Vegas NV 89106
    702-870-3940                                  702-868-2600
    702-870-3950 (Fax)                            702-385-6862 (Fax)
    dbarron@lvnvlaw.com                           RLoosvelt@dunaemorris.com

**"IT IS SO ORDERED"**

_____
UNITED STATES MAGISTRATE JUDGE

**Dated:** 9th **day of** November, **2011.**