# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HERBERT L. MICHEL, JR., *et al.*,

        Plaintiffs,

vs.

AMERICAN GUARANTY & LIABILITY INSURANCE COMPANY,

        Defendants.

Case No. 2:10-cv-02038-PMP-GWF

**ORDER**

    This matter is before the Court on the Joint Status Report (#26) filed on March 13, 2012. The parties advised the court a settlement in principle had been reached and were negotiating settlement documents. Accordingly,

    **IT IS ORDERED** counsel for the parties shall file a status report by **April 19, 2012** advising the Court of the status of the settlement.

    DATED this 9th day of April, 2012.

                                            _____
                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge