# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT L. MICHEL, JR., *et al.*, ) | |
|       Plaintiffs, ) | Case No.  2:10-cv-02038-PMP-GWF |
| vs. ) | **ORDER** |
| AMERICAN GUARANTY & LIABILITY ) INSURANCE COMPANY, ) | |
|       Defendants. ) | |

This matter is before the Court on the Joint Status Report (#26) filed on March 13, 2012. The parties advised the court a settlement in principle had been reached and were negotiating settlement documents.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **April 19, 2012** advising the Court of the status of the settlement.

DATED this 9th day of April, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge