Dominica C. Anderson (SBN 2988)
Ryan A. Loosvelt (SBN 8550)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
Email: dcanderson@duanemorris.com
       rloosvelt@duanemorris.com

Attorneys for Defendant AMERICAN
GUARANTEE & LIABILITY INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT L. MICHEL, JR., individually, and HERBERT L. MICHEL, JR., CHARTERED d/b/a YOUR LEGAL POWER,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:10-CV-02038- PMP-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective counsel of record, hereby stipulate and agree to dismiss this action in its entirety with prejudice, and each party to bear their own fees and costs.

DATED: May 3, 2012          DUANE MORRIS LLP


By:   _/s/ Ryan A. Loosvelt_
       Ryan A. Loosvelt (SBN 8550)
Attorneys for Defendant AMERICAN GUARANTEE
& LIABILITY INSURANCE COMPANY

DATED: May 3, 2012          BARRON & PRUITT, LLP


By:   _/s/ David L. Barron_
       David L. Barron (SBN 142)
Attorneys for Plaintiff HERBERT L. MICHEL, JR.,
Individually and HERBERT L. MICHEL, JR.,
CHARTERED, d/b/a YOUR LEGAL POWER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Dated  May _ 3rd, 2012.